UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>Victor GUTIERREZ-Sandoval<br><br>          Defendant | Magistrate Case No. 08 MJ 1172<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States<br><br>Title 18 U.S.C. Section 111 and<br>1114 Assault on a Federal Officer<br>(Felony) |

The undersigned complainant, being duly sworn, states:

### Count 1

On or about **April 11, 2008**, within the Southern District of California, defendant **Victor GUTIERREZ-Sandoval**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

### Count 2

That on or about **April 11, 2008**, within the Southern District of California, defendant **Victor GUTIERREZ-Sandoval** did forcibly assault, resist, oppose, impede and interfere with **Supervisory Border Patrol Agent Alex Pacheco**, an agent of the United States Border Patrol, while said **Agent Pacheco** was engaged in or on account of the performance of his official duties; a felony, in violation of Title 18, United States Code, Sections 111 and 1114.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Bernardino Soto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **April 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Victor GUTIERREZ-Sandoval

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the San Diego Sector, Smuggling Interdiction Group, Border Patrol Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326. On March 21, 2008, Supervisory Border Patrol Agent Alex Pacheco and Senior Patrol Agent B. Soto of the United States Border Patrol, Smuggling Interdiction Group, received information that a previously deported criminal alien was residing at Peach Avenue in El Cajon, California. Through official record checks it was determined that subject in question was **Victor GUTIERREZ-Sandoval,** thereafter referred to as the defendant. Official record checks revealed that the defendant has a criminal and immigration history. Official immigration records of the Department of Homeland Security reveal the defendant was previously deported to **Mexico** on or about **July 20, 2006** through the Port of Entry at **Nogales, Arizona.**


On April 11, 2008 the defendant was observed by Special Agent C. Taylor, of the Drug Enforcement Administration at the above mentioned residence and was driving a white Honda CRV bearing Mexican Baja California plate. At approximately 1:59 p.m., Agent Soto and Pacheco drove to the stated residence to begin surveillance. Upon entering the parking lot, Agent Soto and Pacheco immediately observed a white Honda CRV bearing Baja plate, enter the parking lot and attempt to park.


Agents Pacheco and Soto immediately recognized the driver as the defendant from photographs from official immigration records. Agent Pacheco and Soto attempted to park alongside of the defendant, but the defendant immediately placed his car in reverse and accelerated at a high rate of speed narrowly avoided striking the Bureau issued silver Dodge Durango driven by Agent Soto. Agent Pacheco and Soto immediately exited the Bureau vehicle, and displayed their bureau issued badges and identified themselves verbally as Border Patrol Agents. The agents ordered the defendant to exit the vehicle. Agent Pacheco approached the driver's side of the Honda and instructed the defendant to stop the car and exit the vehicle. The agents continued to order the defendant to exit his vehicle, however the defendant then positioned his vehicle in direct line with Agent Pacheco. The defendant refused to follow the Agents orders. The defendant placed the Honda in drive, and accelerated forward towards Agent Pacheco. Agent Pacheco, fearing for his life, ran behind the Bureau vehicle to avoid being struck by the defendant. The defendant left at a high rate speed and escaped apprehension.